## (November 28, 1973)

In the Matter of NELLIE O. COLE, as Clerk of the Family Court of Delaware County, Petitioner.— Application to destroy all records of the former Children's Court of Delaware County for the years from 1935 through 1952 granted except as to those involving adoption and guardianship proceedings, children born out of wedlock and mental defectives, unless a permanent record by microphotography is first made and permanently retained together with proper indices (see Judiciary Law, § 89, subd. 1, par. [a]). Application to destroy certain records of the Family Court of Delaware County granted. Herlihy, P. J., Staley, Jr., Sweeney, Kane and Main, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY MEADOWS, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) for writ of habeas corpus, denied as legally insufficient. The sentence imposed upon petitioner's 1958 conviction was interrupted by the declaration of parole delinquency in 1966 and such interruption continued until his return to an institution under the jurisdiction of the State Department of Correction (Penal Law, § 70.40, subd. 3, par. [a]). The time spent in custody upon the conviction in Federal court was not due to an arrest or surrender based upon the delinquency and therefore could not be credited against the original sentence (Penal Law, § 70.40, subd. 3, par. [c], cl. [i]; *People ex rel. Petite* v. *Follette*, 24 N Y 2d 60; see, also, *Zerbst* v. *Kidwell*, 304 U. S. 359). Herlihy, P. J., Staley, Jr., Sweeney, Kane, and Main, JJ., concur.